## William T. Monroe, Appellee, v. Clare A. Orr et al. Bertha Orr, Appellant.

### Gen. No. 22,742.    (Not to be reported in full.)

Appeal from the Circuit Court of Cook county; the Hon. CHARLES M. WALKER, Judge, presiding. Heard in this court at the October term, 1916. Affirmed. Opinion filed March 26, 1917. Rehearing denied April 9, 1917.

### Statement of the Case.

Action by William T. Monroe, plaintiff, against Clare A. Orr and others, defendants, to recover against the defendants as heirs of a surety on a bond to recover the penalty of the bond. From a judgment for plaintiff, defendant Bertha Orr appeals.

This case is governed by the decision in the case of *Monroe v. Orr, ante,* p. 467.

WILLIAM E. CLOYES and FRED B. MERRILLS, for appellant.

ROSENTHAL, KURZ & HOULIHAN, for appellee.

MR. JUSTICE HOLDOM delivered the opinion of the court.

### Abstract of the Decision.

DESCENT AND DISTRIBUTION, § 83*—*when proof of value of land descending to heir is immaterial.* Under a plea and issue of *riens per descent* shown to be false, proof of the value of the lands descending to the defendant, *held* to be unnecessary, in an action against an heir upon a debt of the decedent.

*See Illinois Notes Digest, Vols. XI to XV, and Cumulative Quarterly, same topic and section number.